**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-6327**

_____

STEVEN FAISON EL, Beneficiary Over: Steven Devaughn Faison Trust,

Plaintiff - Appellant,

v.

US DEPARTMENT OF TREASURY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Frank D. Whitney, Chief District Judge. (5:17-cv-00205-FDW)

_____

Submitted: October 23, 2018                          Decided: October 25, 2018

_____

Before NIEMEYER, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Faison El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Faison El appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Faison El v. U.S. Dep't of Treasury*, No. 5:17-cv-00205-FDW (W.D.N.C. Mar. 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*